UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

**Francisco rodriguez cruz**
(Write the full name of the plaintiff)

vs. **shmaya nodel**

FILED BY \_\_\_\_\_ D.C.
DEC 30 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

_____

_____

(Write the full name of the defendant/s in this case)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. **Party Information**

A. Plaintiff: **Francisco Rodriguez Cruz**
Address: 15605 sw 295 ter homestead fl 33033

Year of Birth: 1985 (Do **not** include day or month, pursuant to Fed. R. Civ. P 5.2)

vs.

B. Defendant: **shmaya nodel** Defendant:_____
Official Position: **manager** Official Position:_____
Place of Employment: holy bagels / 93 nw 1 st street / miami fl 33128   Place of Employment:_____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

**II. Statement of Claim**

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not iclude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

on december 22 2022 shmaya nodel lied to his father about my performance in holy bagels moreover on december 23 2022 he lied again with his father on the phone and turned off the hanuckiya

**III. Relief Requested**

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

my job back and 1033 dollars

_____

_____

### IV. Jury Demand

Are you demanding a jury trial?        ___ Yes        ___ 'No

Signed this ___30___ day of __december__, 20__22__

_____~_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __december 30 2022_____

_____~_____
Signature of Plaintiff